**NOT FOR PUBLICATION**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| JOSE MONROY VILLEDA, | : | CIVIL ACTION NO. 12-7448 (MLC) |
| Movant, | : | **O P I N I O N** |
| v. | : | |
| UNITED STATES OF AMERICA, | : | |
| Respondent. | : | |

**THE MOVANT**, listing himself herein as Jose Monroy Villeda, seeks to, inter alia, challenge a judgment of conviction entered in state court in 1992. (See dkt. entry no. 1.) In pursuit of that challenge, the movant has filed a form entitled, "Motion Under 28 U.S.C. § 2255 To Vacate, Set Aside, Or Correct Sentence By A Person In Federal Custody" ("2255 Form"). (Id.)[1] But federal law provides "for the review of . . . federal court convictions under 28 U.S.C. § 2255". Borden v. Allen, 646 F.3d 785, 809 (11th Cir. 2011), cert. denied, 132 S.Ct. 1910 (2012); see United States v. Biberfeld, 957 F.2d 98, 101 (3d Cir. 1992) (stating that Section 2255 permits a motion to correct a federal court's sentence).

---

[1] The documents "filed pursuant to . . . § 2255 are commonly referred to as habeas petitions". Santana v. United States, 98 F.3d 752, 753 n.1 (3d Cir. 1996). But Section 2255 directs that a party seeking relief thereunder proceed by filing a motion. See generally 28 U.S.C. § 2255.

**THE MOVANT** cannot proceed under Section 2255 to challenge a judgment of conviction entered in state court.  But the Court notes that the movant has had a criminal indictment brought against him in this Court under Criminal No. 12-570 (MLC), has entered a plea of guilt thereunder, and is awaiting sentencing.[2]  The Court also notes that the movant filed — simultaneously with the 2255 Form — a separate petition for a writ of coram nobis, which was docketed under Civil Action No. 12-7449 (MLC).  Therefore, the Court intends to deny this Motion without prejudice, and direct the movant to seek relief under Criminal No. 12-570 (MLC) and Civil Action No. 12-7449 (MLC) only.  The Court will issue an appropriate order.

                                              s/ Mary L. Cooper
                                         **MARY L. COOPER**
                                         United States District Judge

Dated:   December 13, 2012

---

[2]  The movant is named in the criminal matter as Jose Monroy-Villeda.  <u>See generally</u> Crim. No. 12-570 (MLC).